UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ARIANNA CHAVEZ<br>  Plaintiff,<br><br>vs.<br><br>CITY OF AUSTIN AND JOHN DOE<br>  Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:20-CV-01174-RP<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

The parties, through undersigned counsel, jointly provide this notice to the Court that they engaged in negotiations, and reached a settlement in principal. The parties are in the process of preparing and finalizing settlement documentation. The parties anticipate completing that process within 30 days, at which time they will file an appropriate stipulation to dismiss this matter.

Respectfully submitted,

**Fletcher, Farley,**
**Shipman & Salinas, LLP**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  787
(512)  476-5300
(Fax)  476-5771

By: /s/ *Joanna Lippman Salinas*
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com

Attorneys for Defendant,
*City of Austin*

**EDWARDS LAW**
603 W. 17th Street
Austin, Texas 78701
(512) 623-7727
FAX (512) 632-7729

By:/s/ *Jeff Edwards*
Jeff Edwards
State Bar No. 24014406
jeff@edwards-law.com
Mike Singley
State Bar No. 00794642
mike@edwards-law.com
David James
State Bar No. 24092575
david@edwards-law.com

Attorney for Plaintiff, *Arianna Chavez*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Joint Notice of Settlement** has been provided to the offices of:

Jeff Edwards
Mike Singley
David James
**EDWARDS LAW**
603 W. 17th Street
Austin, Texas 78701

by electronic service, in accordance with the Federal Rules of Civil Procedure, on February 14, 2022.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas