IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ARIANNA CHAVEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-cv-1174-RP |
| CITY OF AUSTIN and JOHN DOE, | § § § | |
| Defendants. | § § | |

## ORDER

On June 2, 2022, the parties dismissed all claims by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 32). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As such, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 3, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE